UNITED STATES DISTRICT COURT
THIRD DIVISION
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Daniel Ludwig, | Court File No. _____ |
| Plaintiff, | |
| v. | **NOTICE FOR REMOVAL** |
| Don Hummer Trucking Corporation and Joseph William Welch, | |
| Defendant. | |

---

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA:

Petitioner\Defendant respectfully shows and alleges the following in support of its Petition for Removal.

1. Petitioner is the Defendant in an action commenced against it in Hennepin County District Court entitled <u>Daniel Ludwig v. Don Hummer Trucking Corporation and Joseph William Welch</u>. A true and correct copy of the Summons and Complaint served upon petitioner is attached as **Exhibit "A"**. No further proceedings have taken place in the state action.

2. Plaintiff, Daniel Ludwig, is and was at all relevant times a citizen who resides in the City of Dundas and in the State of Minnesota.

3. Petitioner\Defendant Don Hummer Trucking Corporation is and at all relevant times a citizen and incorporated in the State of Iowa with its principal place of residence in the State of Iowa.

4. Petitioner\Defendant Joseph William Welch is and was at all relevant times a citizen who resides in the State of Iowa.

5. Complete diversity exists among the parties to this action and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, and the entire matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

7. The Summons and Complaint in the state action was served on Defendant on or about July 21, 2020, and Petitioner\Defendant has filed this Notice to Remove within thirty (30) days after service of the Summons and Complaint.

WHEREFORE, Petitioner\Defendant prays that the state action pending against them be removed to this Court.

Dated: __August 19__, 2020.   Lind, Jensen, Sullivan & Peterson
A Professional Association

By *s\Brian A. Wood*
_____
   Brian A. Wood   #141690
Attorneys for Defendant
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 746-0151
brian.wood@lindjensen.com